UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARISA DIGIACOMO,

  Plaintiff,

-vs-                                         CASE NO.: 5:16-CV-558-OC-41PRL

COMENITY, LLC

  Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, MARISA DIGIACOMO, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MARISA DIGIACOMO, and Defendant, COMENITY, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Dale T. Golden, Esquire and Charles J. McHale, Esquire, GOLDEN SCAZ GAGAIN, PLLC, 201 North Armenia Avenue, Tampa, FL  33609 (DGolden@gsgfirm.com, LBrooks@gsgfirm.com and CMcHale@gsgfirm.com).

                                                  */s/Frank H. Kerney, III, Esquire*
                                                  Frank H. Kerney, III, Esquire
                                                  Florida Bar #: 88672
                                                  Morgan & Morgan, Tampa, P.A.
                                                  One Tampa City Center
                                                  201 North Franklin Street, 7th Floor
                                                  Tampa, FL 33602
                                                  Telephone: (813) 223-5505
                                                  Facsimile:  (813) 223-5402
                                                  fkerney@forthepeople.com
                                                  jkneeland@forthepeople.com
                                                  cfallara@forthepeople.com
                                                  Counsel for Plaintiff