UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARISA DIGIACOMO,**

   **Plaintiff,**

**v.**            **Case No:  5:16-cv-558-Oc-41PRL**

**COMENITY, LLC,**

   **Defendant.**

_____/

## ORDER

   THIS CAUSE is before the Court on the Notice of Settlement (Doc. 13), wherein Plaintiff has advised the Court that the above-styled action has been completely settled.

   Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

   **DONE** and **ORDERED** in Orlando, Florida on January 9, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record